UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :

UNITED STATES OF AMERICA        :

                                     :          23cr228 (DLC)

        -v-                          :

                                     :            ORDER

ANDREW LAWRENCE,               :

                                     :

                     Defendant.    :

                                     :

------------------------------------ X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that a change of plea is scheduled in this matter for November 1, 2023 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:      New York, New York
            October 30, 2023

                               _____
                                  DENISE COTE
                  United States District Judge