# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2023

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Andrew Lawrence**
      **23 Cr. 228 (DLC)**

Dear Judge Cote,

On November 1, 2023, Mr. Lawrence pled guilty in the above-captioned case pursuant to a Pimentel letter (dated Oct. 17, 2023) to all six counts of his indictment. At his change-of-plea conference, we alerted the Court (as we had previously alerted the government) that Mr. Lawrence may wish to pursue a Fatico hearing regarding the weight of the drugs involved in this offense. The Court ordered the defense to make any discovery demands to the government regarding that potential Fatico by November 17, 2023, which we did; and the Court ordered the parties to alert it of any outstanding discovery disputes by today.

The government informed undersigned counsel of its position on our November 17 letter late last night. Therefore, I ask for a one-week extension of today's deadline, so the parties can have an opportunity to confer about a potential resolution and, if necessary, how we should best present our respective positions to the Court. The government by Assistant United States Attorney Andrew Jones consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Lawrence
212-417-8729

*Granted.*
*[signature]*
*12/1/23*