```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :      23cr228 (DLC)
            -v-                          :
                                         :           ORDER
ANDREW LAWRENCE,                         :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter motion of December 12, 2023, it is hereby

ORDERED that the motion is granted. Any response by the defendant shall be filed by **noon on December 18, 2023**.

IT IS FURTHER ORDERED that a conference is scheduled for **December 19, 2023 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         December 13, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge