UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
UNITED STATES OF AMERICA              :    CONSENT PRELIMINARY ORDER
                                      :    OF FORFEITURE/
        - v. -                        :    MONEY JUDGMENT
                                      :
ANDREW LAWRENCE,                      :    23 Cr. 228 (DLC)
                                      :
        Defendant.                    :
                                      :
------------------------------------- x

        WHEREAS, on or about May 4, 2023, ANDREW LAWRENCE (the "Defendant"), was charged in an Indictment 23 Cr. 228 (the "Indictment"), with distribution of narcotics in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C) (Counts One, Two, Three, Four, Five and Six)

        WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Six of the Indictment, seeking forfeiture to the United States, pursuant Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One through Six of the Indictment, and any and all property used or intended to be used, in any manner or a part, to commit, or to facilitate the commission of, the offenses charged in Counts One through Six of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Six of the Indictment;

        WHEREAS, on or about November 1, 2023, the Defendant pled guilty to Counts One through Six of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,915 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Six of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Six of the Indictment, that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Andrew Jones, of counsel, and the Defendant, and his counsel, Sylvie Levine, Esq., that:

1. As a result of the offenses charged in Counts One through Six of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $1,915 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Six of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ANDREW LAWRENCE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

York, Attn: Illicit Finance & Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2/8/24
    Andrew Jones                                DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2249


ANDREW LAWRENCE

By: _____          2.8.24
    ANDREW LAWRENCE                             DATE


By: _____          2.8.24
    Sylvie Levine, Esq.                         DATE
    Federal Defenders of New York
    Attorney for Defendant
    52 Duane Street, 10th Floor
    New York, NY 10007
    (212) 417-8700


SO ORDERED:

_____               February 8, 2024
HONORABLE DENISE L. COTE                        DATE
UNITED STATES DISTRICT JUDGE